UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. PORTER, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>EBONEE A. ROUZEAU,<br><br>        Defendant. | Case No. 24-cv-01962-VC<br><br>**ORDER TO RESPOND TO MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 10 |

    Rouzeau is ordered to file a response to Porter's Motion for Temporary Restraining Order by Monday April 22, 2024. *See* Dkt. No. 10. Any reply by Porter is due by Thursday, April 25, and a hearing will take place on Thursday, May 2 at 2 PM by Zoom.

    Porter is directed to serve copies of his Motion for Temporary Restraining Order and this order on Rouzeau. If Porter has evidence that Rouzeau continues the alleged course of conduct following service of this order, he may request that the briefing schedule and hearing date be expedited.

    **IT IS SO ORDERED.**

Dated: April 15, 2024

_____
VINCE CHHABRIA
United States District Judge