UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. PORTER, JR., <br><br> Plaintiff, <br><br> v. <br><br> EBONEE A. ROUZEAU, <br><br> Defendant. | Case No. 24-cv-01962-VC <br><br> **ORDER DENYING REQUEST FOR TEMPORARY RESTRAINING ORDER** <br><br> Re: Dkt. No. 10 |

Porter's Motion for a Temporary Restraining Order is denied. Porter has not provided sufficient evidence to demonstrate a likelihood of success on the merits. *See Stuhlbarg International Sales Co. v. John D. Brush & Co.*, 240 F.3d 832, 839 (9th Cir. 2001). Porter submitted only declarations in support of his motion. In response, Rouzeau filed her own declaration refuting Porter's allegations. *See* Dkt. No. 15. Rather than offering evidence on reply, Porter filed nothing. Thus, on this record, Porter has not shown a likelihood of success on the merits. Denial of this motion is without prejudice to filing a motion for a preliminary injunction.

**IT IS SO ORDERED.**

Dated: May 3, 2024

_____
VINCE CHHABRIA
United States District Judge